# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stephen Sings ,

    Petitioner(s),                  JUDGMENT IN A CIVIL CASE

vs.                                            Case No. 3:10CV306

NC Department of Corrections ,

    Respondent(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/13/2010 Order.

Signed: July 13, 2010

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court